

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STEPHEN P. WALLACE, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> BERYL A. HOWELL, *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 19-3692 (UNA) |

## MEMORANDUM OPINION

It appears that the petitioner is challenging the dismissal of his prior civil action. *See Wallace v. McConnell, et al.*, Civ. No. 19-2168 (D.D.C. Aug. 1, 2019). Such a challenge is properly raised by appealing the decision to the United States Court of Appeals for the District of Columbia Circuit. *See* 28 U.S.C. § 1291. Therefore, the Court will grant the petitioner's application to proceed *in forma pauperis* and dismiss the petition and this civil action without prejudice for lack of subject matter jurisdiction.

An Order accompanies this Memorandum Opinion.

DATE: January 8, 2020

RANDOLPH D. MOSS
United States District Judge